UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Mahala Cox

       Plaintiff

v.

Warren County, Iowa et al

       Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:14-cv-00139

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that Defendants' motion for summary judgment is granted. The Court found in favor of the defendants against the plaintiff.

Date: 10/23/2015

CLERK, U.S. DISTRICT COURT

/s/ Madison Lancaster
_____
By: Deputy Clerk