IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MAHALA COX,<br><br>    Plaintiff<br><br>vs.<br><br>WARREN COUNTY, IOWA;<br>WARREN COUNTY EMERGENCY<br>MANAGEMENT AGENCY; WARREN<br>COUNTY E-911 BOARD; WARREN<br>COUNTY EMERGENCY<br>MANAGEMENT COMMISSION; AND<br>DEAN , Individually<br><br>    Defendants. | Case No.  4:14-cv-00139-JAJ<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Mahala Cox, Plaintiff in the above –named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the following final orders: (1) the order pursuant to Defendants' motion for summary judgment filed September 28, 2015; (2) the order also pursuant to Defendants' motion for summary judgment filed October 23, 2015; and (3) the judgment filed October 23, 2015, which dismissed Plaintiff's claims.

Respectfully submitted,

_/s/ Gary W. Kendell_
Gary W. Kendell (AT0004203)
Kendell Law Firm, P.L.C.
2409 Grand Avenue
Des Moines, Iowa  50309
Phone:  (515) 287-2323
Fax:  (515) 287-2944
Email:  gary@kendelllawfirm.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on ___11/20/15___, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Iowa by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Hugh J. Cain
Brent L. Hinders
Hopkins & Huebner
2700 Grand Avenue, Ste. 111
Des Moines, IA 50312

/s/ Brenna Garvey
Brenna Garvey, Legal Assistant
Kendell Law Firm, P.L.C.
2409 Grand Avenue
Des Moines, Iowa 50309
Phone: (515) 287-2323
Fax: (515) 287-2944

2