## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 15-3836
_____

Mahala Cox

Plaintiff - Appellant

v.

Warren County, Iowa; Warren County Emergency Management Agency; Warren County E-911 Joint Service Board; Warren County Emergency Management Commission; Dean Yordi, Individually

Defendants - Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:14-cv-00139-JAJ)
_____

### JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 13, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans